UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BEVAN, et al., | No. 2:24-cv-02641-DAD-SCR (PS) |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | (Doc. No. 7) |

Plaintiffs Russell Bevan and Heidi Lee proceed *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' complaint be dismissed, without leave to amend, due to plaintiffs' failure to address the deficiencies outlined in the magistrate judge's order to show cause, (Doc. No. 5). (Doc. No. 7.) In particular, the order to show cause observed that plaintiffs' complaint did not include a jurisdictional statement, and contained various "nonsensical and frivolous" allegations describing plaintiffs as "nonperson," "non-resident," "non-fiction," "Living flesh and blood man/woman standing on ground," contending that "the IRS is not part of the Department of Treasury," and urging that a non-taxpaying Article III judge must preside over this matter. (Doc.

1   No. 5 at 1–2.) Accordingly, the magistrate judge ordered plaintiffs to show cause why this case
2   should not be dismissed based on lack of jurisdiction and for failure to state a claim.  (Doc. No. 5
3   at 4.)  In their response, plaintiffs explain that they are non-taxpayers who are not subject to and
4   are beyond the jurisdiction of the federal courts, although they initiated this action in federal
5   court. (Doc. No. 6 at 2.)  The magistrate judge found that this response did not adequately clarify
6   the issues raised regarding jurisdiction and what plausible claim plaintiffs are attempting to assert
7   and concluded that the granting of leave to amend under the circumstances would be futile.  (Doc.
8   No. 7 at 2.)  The findings and recommendations were served on the parties and contained notice
9   that any objections thereto were to be filed within fourteen (14) days after service.  (*Id*. at 2–3)
10  Neither plaintiffs nor defendants filed any objections to the findings and recommendations and
11  the time in which to do so has now passed.
12       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a
13  *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings
14  and recommendations to be supported by the record and proper analysis.
15       Accordingly,
16       1.   The findings and recommendations issued on April 7, 2025 (Doc. No. 7) are
17            ADOPTED in full;
18       2.   Plaintiffs' complaint (Doc. No. 3) is DISMISSED, without leave to amend; and
19       3.   The Clerk of the Court is directed to CLOSE this case.
20       IT IS SO ORDERED.
21  Dated:   **October 1, 2025**

    DALE A. DROZD
    UNITED STATES DISTRICT JUDGE